

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00395-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Proceeding[1]

PER CURIAM

Sitting: Luz Elena D. Chapa, Justice
    Beth Watkins, Justice
    Liza A. Rodriguez, Justice

Delivered and Filed: October 23, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed a motion to dismiss this original proceeding. In its motion, relator represented that the trial court reconsidered the challenged rulings and either vacated or amended those rulings. After consideration, we grant the motion and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Charles Montemayor presiding.